AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>SARIS, PATTI B. | **2. Court or Organization**<br><br>U.S.D.C. MASSACHUSETTS | **3. Date of Report**<br><br>05/11/2012 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>DISTRICT COURT JUDGE (ACTIVE) | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>**5b.** ☐   Amended Report | **6. Reporting Period**<br><br>01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

J. J. MOAKLEY U.S. COURTHOUSE
1 COURTHOUSE WAY, SUITE 8110
BOSTON, MA 02210

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | CO-TRUSTEE | TRUST #3 |
| 2. | CO-TRUSTEE | TRUST #4 |
| 3. | CO-TRUSTEE | TRUST #5 |
| 4. | Director | Bottom Line Inc., Boston, MA |
| 5. | Director/Officer (resigned position effecitive 2/1/2011) | Federal Judges Association (FJA) |
| 6. | Member Board of Director | 21st Century Fund, Brookline High School, Brookline, MA |
| 7. | Trustee | Codman Academy Foundation, Dorchester, MA |
| 8. | President (resigned position effective 2/1/2011) | Boston Intellectual Property American Inn of Court, MA |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/11/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE, CAMBRIDGE, MA - salary |
| 2. 2011 | HARVARD BUSINESS SCHOOL PUBLISHING, MA - Royalties |
| 3. 2011 | HIGHVISTA STATEGIES LLC, MA - Advisory fee |
| 4. 2011 | HARVARD BUSINESS SCHOOL INTERACTIVE, INC, MA - seminar compensation |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | FJA | 4/12-4/14/2011 | Washington, DC | Congressional recption & Board meeting | Transportation, meals & lodging |
| 2. | Yale University | 4/15-4/16/2011 | New Haven, CT | Yale Law School educational seminar speaker | Transportation, meals & lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | RBC Wealth Management | Line of Credit | None |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Mass. St Port Authority, Muni Bonds | C | Interest | L | T | | | | | |
| 2. Mass. St G/O Cons Ln Series, Muni Bonds | D | Interest | M | T | | | | | |
| 3. Mass. Bay Trans Authority, Municipal Bonds | B | Interest | K | T | | | | | |
| 4. Strips TNT, Public Security (IRA) | A | Interest | | | Matured | 02/15/11 | L | | |
| 5. Venture Investors Fund, LP | | None | J | W | | | | | |
| 6. Bank of America (formerly Fleet Natl Bank), Bank Accounts | A | Interest | K | T | | | | | |
| 7. Realty Assoc Fund IV Corp (y) | | None | | | | | | | See Part VIII |
| 8. Realty Assoc Fund IV, LLC | | None | M | W | | | | | |
| 9. Tucker Anthony Private Equity Fund I, LP | E | Distribution | L | U | | | | | |
| 10. TA Conference LLC | E | Distribution | M | W | | | | | |
| 11. Realty Associates Fund V, LLC | H1 | Distribution | P2 | W | | | | | |
| 12. Tucker Anthony Private Equity Fund II | F | Distribution | M | W | | | | | |
| 13. Mass. In'l Fin Agy Municipal Bonds | C | Interest | L | T | | | | | |
| 14. Tucker Anthony Private Equity Fund III | E | Distribution | M | U | | | | | |
| 15. Tucker Anthony Private Equity Technology LP | C | Distribution | L | W | | | | | |
| 16. Trust # 5 | F | Dividend | P2 | T | | | | | |
| 17. - Baupost Value Partners LP I | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Kensico Offshore Fd Ltd LP | | | | | | | | | |
| 19. - Global Fixed Inc Brandywine Inv Tr Mututal Fd | | | | | Redeemed (part) | 03/31/11 | M | | |
| 20. - Van Eck Intl Invest Gold-A Mutual Fd | | | | | Sold (part) | 11/30/11 | L | | |
| 21. - Dodge & Cox Income Fd mutual Fd | | | | | Sold (part) | 03/23/11 | N | E | |
| 22. | | | | | Sold (part) | 11/30/11 | L | D | |
| 23. - Federated US Treas Cash money market (cash equiv) | | | | | Buy (add'l) | 01/04/11 | P1 | | |
| 24. | | | | | Buy (add'l) | 03/02/11 | J | | |
| 25. | | | | | Buy (add'l) | 03/24/11 | N | | |
| 26. | | | | | Buy (add'l) | 03/28/11 | J | | |
| 27. | | | | | Buy (add'l) | 03/30/11 | J | | |
| 28. | | | | | Buy (add'l) | 04/01/11 | M | | |
| 29. | | | | | Buy (add'l) | 04/04/11 | J | | |
| 30. | | | | | Buy (add'l) | 04/27/11 | J | | |
| 31. | | | | | Buy (add'l) | 06/29/11 | J | | |
| 32. | | | | | Buy (add'l) | 09/16/11 | J | | |
| 33. | | | | | Buy (add'l) | 09/26/11 | J | | |
| 34. | | | | | Buy (add'l) | 09/29/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 11/21/11 | J | | |
| 36. | | | | | Buy (add'l) | 12/01/11 | M | | |
| 37. | | | | | Buy (add'l) | 12/22/11 | K | | |
| 38. | | | | | Buy (add'l) | 12/23/11 | K | | |
| 39. | | | | | Sold (part) | 01/05/11 | K | | |
| 40. | | | | | Sold (part) | 01/11/11 | J | | |
| 41. | | | | | Sold (part) | 02/09/11 | M | | |
| 42. | | | | | Sold (part) | 02/10/11 | J | | |
| 43. | | | | | Sold (part) | 03/10/11 | J | | |
| 44. | | | | | Sold (part) | 03/15/11 | K | | |
| 45. | | | | | Sold (part) | 03/24/11 | O | | |
| 46. | | | | | Sold (part) | 03/29/11 | L | | |
| 47. | | | | | Sold (part) | 04/05/11 | O | | |
| 48. | | | | | Sold (part) | 04/06/11 | J | | |
| 49. | | | | | Sold (part) | 04/12/11 | J | | |
| 50. | | | | | Sold (part) | 04/15/11 | J | | |
| 51. | | | | | Sold (part) | 05/02/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 05/12/11 | O | | |
| 53. | | | | | Sold (part) | 06/01/11 | J | | |
| 54. | | | | | Sold (part) | 06/08/11 | J | | |
| 55. | | | | | Sold (part) | 07/01/11 | J | | |
| 56. | | | | | Sold (part) | 07/05/11 | J | | |
| 57. | | | | | Sold (part) | 07/25/11 | L | | |
| 58. | | | | | Sold (part) | 08/01/11 | J | | |
| 59. | | | | | Sold (part) | 09/01/11 | J | | |
| 60. | | | | | Sold (part) | 09/14/11 | M | | |
| 61. | | | | | Sold (part) | 10/03/11 | J | | |
| 62. | | | | | Sold (part) | 11/01/11 | J | | |
| 63. | | | | | Sold (part) | 11/16/11 | J | | |
| 64. | | | | | Sold (part) | 12/01/11 | M | | |
| 65. | | | | | Sold (part) | 12/09/11 | K | | |
| 66. - Vanguard S/T Invest Gr Inv (Mutual fd) | | | | | Sold (part) | 03/23/11 | M | E | |
| 67. - PIMCO Emerging Mkts Curr Instl (mtl fd)- name chgd 8/16/11 | | | | | Sold (part) | 11/30/11 | L | | See Part VIII |
| 68. - SPDR Gold Tr, Mutual Fd (ETF) (y) | | | | | | | | | See Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Trust # 8 | E | Int./Div. | | | | | | | See Part VIII |
| 70. - Ishares MSCI Brazil Index Fd (mutual fd) | | | | | Distributed | 12/31/11 | L | | |
| 71. - SPDR Gold Trust (mutual fd) | | | | | Distributed | 12/31/11 | K | | |
| 72. - Federated US Treas Cash Rsv money mrkt (mutual fd) | | | | | Buy (add'l) | 06/28/11 | J | | |
| 73. | | | | | Buy (add'l) | 09/15/11 | M | | |
| 74. | | | | | Buy (add'l) | 12/22/11 | J | | |
| 75. | | | | | Sold (part) | 01/13/11 | L | | |
| 76. | | | | | Sold (part) | 04/07/11 | J | | |
| 77. | | | | | Sold (part) | 04/13/11 | J | | |
| 78. | | | | | Sold (part) | 06/08/11 | J | | |
| 79. | | | | | Sold (part) | 09/07/11 | J | | |
| 80. | | | | | Distributed | 12/31/11 | M | | |
| 81. - Vanguard Developed Mkts Index, mutual fd | | | | | Sold | 09/14/11 | M | | |
| 82. - Vanguard Dividend Appre, mutual fd | | | | | Distributed | 12/31/11 | M | | |
| 83. - Vanguard Emerging Markets, mutual fd | | | | | Distributed | 12/31/11 | M | | |
| 84. Trust # 9 | D | Int./Div. | N | T | | | | | |
| 85. - Ishares MSCI Brazil Index Fd (mutual fd) | | | | | Buy (add'l) | 01/10/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  - SPDR Gold Trust (mutual fd) | | | | | | | | | |
| 87.  - Federated US Treas Cash Rsv money mrkt (mutual fd) | | | | | Buy (add'l) | 06/28/11 | J | | |
| 88. | | | | | Buy (add'l) | 09/15/11 | M | | |
| 89. | | | | | Buy (add'l) | 12/22/11 | J | | |
| 90. | | | | | Sold (part) | 01/13/11 | K | | |
| 91. | | | | | Sold (part) | 04/13/11 | J | | |
| 92.  - Vanguard Developed Mkts Index, mutual fd | | | | | Sold | 09/14/11 | M | | |
| 93.  - Vanguard Dividend Appre, mutual fd | | | | | | | | | |
| 94.  - Vanguard Emerging Markets, mutual fd | | | | | | | | | |
| 95.  Trust # 10 | | None | N | W | | | | | |
| 96.  - Travelers Life & Annuity Ins Co, universal life insurance | | | | | | | | | |
| 97.  Trust # 11 | A | Dividend | P1 | W | | | | | |
| 98.  - Manulife Fin'l Corp (formerly JHancock Finl Svcs), common | | | | | | | | | |
| 99.  - Sun LIfe Assurance, universal life insurance | | | | | | | | | |
| 100.  - Manufacturers Life Ins, universal life (John Hancock) | | | | | | | | | |
| 101.  - Federated USTreas Cash Rsv cash eq mututal fd | | | | | | | | | |
| 102.  MA Water Pollution Municipal Bonds | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Tucker Anthony Private Equity Fund IV | F | Distribution | N | U | | | | | |
| 104. IRA Rollover | | | O | W | | | | | |
| 105. - Federated USTreas Cash Rsv cash eq mutual fd | A | Dividend | O | T | Buy (add'l) | 08/16/11 | O | | |
| 106. - Zoom Information Inc Cl B closely held | | None | J | W | | | | | |
| 107. - Vanguard Inflat Protect mutual fd | D | Dividend | | | Buy (add'l) | 03/31/11 | J | | |
| 108. | | | | | Buy (add'l) | 06/30/11 | J | | |
| 109. | | | | | Sold | 08/15/11 | O | G | |
| 110. Battery Ventures VI L.P. | E | Distribution | L | U | | | | | |
| 111. Friends of Lime Rock II L.P. | G | Distribution | K | U | | | | | |
| 112. Park St Capl Natural Res Fd L.P. | E | Distribution | N | U | | | | | |
| 113. Patron Capital L.P. I | G | Distribution | L | U | Sold (part) | 08/22/11 | M | | |
| 114. US Fidenza LLC | | None | K | U | | | | | |
| 115. US Wertheim LLC | | None | M | U | | | | | |
| 116. MFB Northern Trust Co Funds Muni MM cash equiv. | A | Dividend | N | T | | | | | See Part VIII |
| 117. Northn AZ Univ Revs Municipal Bond | D | Interest | N | T | | | | | |
| 118. Phoenix AZ Civic Impt Municipal Bond | D | Interest | N | T | | | | | |
| 119. Trust # 14 | C | Distribution | P1 | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Federated USTreas Cash Rsv cash eq mutual fd | | | | | Buy (add'l) | 04/05/11 | J | | |
| 121. | | | | | Buy (add'l) | 05/19/11 | J | | |
| 122. | | | | | Buy (add'l) | 08/22/11 | J | | |
| 123. | | | | | Sold (part) | 04/06/11 | J | | |
| 124. | | | | | Sold (part) | 06/08/11 | J | | |
| 125. | | | | | Sold (part) | 09/07/11 | J | | |
| 126. - Int in MECM Investments LLC (closely held) (x) | | | | | | | | | |
| 127. Trust # 15 | C | Distribution | P1 | T | | | | | |
| 128. - Federated USTreas Cash Rsv cash eq mutual fd | | | | | Buy (add'l) | 04/05/11 | J | | |
| 129. | | | | | Buy (add'l) | 05/19/11 | J | | |
| 130. | | | | | Buy (add'l) | 08/22/11 | J | | |
| 131. | | | | | Sold (part) | 04/06/11 | J | | |
| 132. | | | | | Sold (part) | 06/08/11 | J | | |
| 133. | | | | | Sold (part) | 09/07/11 | J | | |
| 134. - Int in MECM Investments LLC (closely held) (x) | | | | | | | | | |
| 135. Trust # 16 | C | Distribution | P1 | T | | | | | |
| 136. - Federated USTreas Cash Rsv cash eq mutual fd | | | | | Buy (add'l) | 04/05/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 05/19/11 | J | | |
| 138. | | | | | Buy (add'l) | 08/22/11 | J | | |
| 139. | | | | | Sold (part) | 04/06/11 | J | | |
| 140. | | | | | Sold (part) | 06/08/11 | J | | |
| 141. | | | | | Sold (part) | 09/07/11 | J | | |
| 142.  - Int in MECM Investments LLC (closely held) (x) | | | | | | | | | |
| 143.  Trust # 17 | C | Distribution | P1 | T | | | | | |
| 144.  - Federated USTreas Cash Rsv cash eq mutual fd | | | | | Buy (add'l) | 04/05/11 | J | | |
| 145. | | | | | Buy (add'l) | 05/19/11 | J | | |
| 146. | | | | | Buy (add'l) | 08/22/11 | J | | |
| 147. | | | | | Sold (part) | 04/06/11 | J | | |
| 148. | | | | | Sold (part) | 06/08/11 | J | | |
| 149. | | | | | Sold (part) | 09/07/11 | J | | |
| 150.  - Int in MECM Investments LLC (closely held) (x) | | | | | | | | | |
| 151.  Park St Capital V LP | G | Distribution | O | U | | | | | |
| 152.  Plymouth Rock Co Inc OC Cl A - common stock | G | Dividend | P2 | T | Distributed (part) | 05/31/11 | P1 | | See Part VIII |
| 153.  CA St Municipal Bds | D | Interest | | | Sold (part) | 07/01/11 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold | 09/01/11 | M | | |
| 155. Buenos Aires Residential Co II LLC | A | Distribution | | | Redeemed | 05/24/11 | K | | See Part VIII |
| 156. Friends of Lime Rock III LP | | None | O | U | Buy (add'l) | 11/28/11 | K | | |
| 157. Highfields Capital II LP | G | Distribution | O | U | | | | | |
| 158. Millgate Partners II, LP | F | Distribution | | | Sold | 08/22/11 | P1 | | |
| 159. WMD, LP (y) | | None | | | | | | | See Part VIII |
| 160. Park St Natural Resource Fund II Combined (Private Equity) | G | Distribution | O | U | Buy (add'l) | 03/21/11 | J | | |
| 161. | | | | | Redeemed (part) | 06/22/11 | J | | |
| 162. Park Street Capital VI (Private Equity Fd) | G | Distribution | O | U | | | | | |
| 163. Patron Capital LP II (private equity) | E | Distribution | P1 | U | Buy (add'l) | 03/16/11 | K | | |
| 164. Orion Eruopean Real Estate Fd II, C.V., LP | | None | N | U | Buy (add'l) | 08/08/11 | K | | |
| 165. US Dublin LLC | | None | L | U | | | | | |
| 166. Europa Fund II US LP | G | Distribution | O | W | Buy (add'l) | 07/26/11 | J | | |
| 167. Weston Presidio V LP | F | Distribution | N | U | Buy (add'l) | 04/25/11 | J | | |
| 168. | | | | | Buy (add'l) | 12/14/11 | L | | |
| 169. IL St Municipal Bds | E | Interest | N | T | | | | | |
| 170. NJ Dev Auth Municipal Bds | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  Trust # 18 | E | Distribution | P1 | T | | | | | |
| 172.  - Federated USTreas Cash Rsv cash eq mutual fd | | | | | Buy (add'l) | 04/05/11 | J | | |
| 173. | | | | | Buy (add'l) | 05/19/11 | J | | |
| 174. | | | | | Sold (part) | 02/18/11 | J | | |
| 175. | | | | | Sold (part) | 04/01/11 | J | | |
| 176. | | | | | Sold (part) | 06/08/11 | J | | |
| 177. | | | | | Sold (part) | 08/22/11 | J | | |
| 178. | | | | | Sold (part) | 09/07/11 | J | | |
| 179. | | | | | Sold (part) | 12/22/11 | J | | |
| 180.  - Int in MECM Investments LLC (closely held) | | | | | | | | | |
| 181.  Trust # 19 | E | Distribution | P1 | T | | | | | |
| 182.  - Federated USTreas Cash Rsv cash eq mutual fd | | | | | Buy (add'l) | 04/05/11 | J | | |
| 183. | | | | | Buy (add'l) | 05/19/11 | J | | |
| 184. | | | | | Sold (part) | 02/18/11 | J | | |
| 185. | | | | | Sold (part) | 04/01/11 | J | | |
| 186. | | | | | Sold (part) | 06/08/11 | J | | |
| 187. | | | | | Sold (part) | 08/22/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold (part) | 09/07/11 | J | | |
| 189. | | | | | Sold (part) | 12/22/11 | J | | |
| 190. - Int in MECM Investments LLC (closely held) | | | | | | | | | |
| 191. Trust # 20 | E | Distribution | P1 | T | | | | | |
| 192. - Federated USTreas Cash Rsv cash eq mutual fd | | | | | Buy (add'l) | 04/05/11 | J | | |
| 193. | | | | | Buy (add'l) | 05/19/11 | J | | |
| 194. | | | | | Sold (part) | 02/18/11 | J | | |
| 195. | | | | | Sold (part) | 04/01/11 | J | | |
| 196. | | | | | Sold (part) | 06/08/11 | J | | |
| 197. | | | | | Sold (part) | 08/22/11 | J | | |
| 198. | | | | | Sold (part) | 09/07/11 | J | | |
| 199. | | | | | Sold (part) | 12/22/11 | J | | |
| 200. - Int in MECM Investments LLC (closely held) | | | | | | | | | |
| 201. Trust # 21 | E | Distribution | P1 | T | | | | | |
| 202. - Federated USTreas Cash Rsv cash eq mutual fd | | | | | Buy (add'l) | 04/05/11 | J | | |
| 203. | | | | | Buy (add'l) | 05/19/11 | J | | |
| 204. | | | | | Sold (part) | 02/18/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT

Page 16 of 68

Name of Person Reporting

SARIS, PATTI B.

Date of Report

05/11/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold (part) | 04/01/11 | J | | |
| 206. | | | | | Sold (part) | 06/08/11 | J | | |
| 207. | | | | | Sold (part) | 08/22/11 | J | | |
| 208. | | | | | Sold (part) | 09/07/11 | J | | |
| 209. | | | | | Sold (part) | 12/22/11 | J | | |
| 210. - Int in MECM Investments LLC (closely held) | | | | | | | | | |
| 211. TA Investors L.P | | None | J | W | | | | | |
| 212. Wavemark Inc Ser A pfd stock | | None | N | T | | | | | |
| 213. Centerbridge Cap Ptnrs LPs (Priv. Eq) | G | Distribution | P1 | U | Buy (add'l) | 12/31/11 | M | | |
| 214. Lime Rock Partners IV LP (combined) (private equities) | D | Distribution | P1 | U | Buy (add'l) | 02/11/11 | K | | |
| 215. | | | | | Buy (add'l) | 04/20/11 | K | | |
| 216. | | | | | Buy (add'l) | 05/26/11 | J | | |
| 217. | | | | | Buy (add'l) | 06/29/11 | J | | |
| 218. | | | | | Buy (add'l) | 12/27/11 | K | | |
| 219. Park St Cap Priv Eq Fd VII A LP | E | Distribution | N | U | Buy (add'l) | 09/28/11 | J | | |
| 220. Park St Cap Natural Res Fd III LP combined (priv Eq) | F | Distribution | P1 | U | Buy (add'l) | 02/02/11 | K | | |
| 221. | | | | | Buy (add'l) | 05/13/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 17 of 68

Name of Person Reporting

SARIS, PATTI B.

Date of Report

05/11/2012

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy (add'l) | 08/08/11 | K | | |
| 223. | | | | | Buy (add'l) | 10/18/11 | K | | |
| 224. Polaris Vent Part Entrep Fd V LP | F | Distribution | O | U | Buy (add'l) | 01/26/11 | J | | |
| 225. | | | | | Buy (add'l) | 02/25/11 | K | | |
| 226. | | | | | Buy (add'l) | 04/15/11 | K | | |
| 227. | | | | | Buy (add'l) | 05/17/11 | K | | |
| 228. | | | | | Buy (add'l) | 07/20/11 | K | | |
| 229. | | | | | Buy (add'l) | 10/11/11 | K | | |
| 230. Summit Ptrns Priv Eq Fd VII-A | F | Distribution | O | U | Buy (add'l) | 03/28/11 | K | | |
| 231. | | | | | Buy (add'l) | 05/13/11 | K | | |
| 232. | | | | | Buy (add'l) | 06/17/11 | K | | |
| 233. | | | | | Buy (add'l) | 08/19/11 | K | | |
| 234. | | | | | Buy (add'l) | 09/02/11 | L | | |
| 235. TA X LP (Priv Eq) | G | Distribution | P1 | U | | | | | |
| 236. SPDR Gold Tr (formerly Streettracks Gold Trust) mutual fd | | None | P1 | T | Sold (part) | 06/27/11 | P1 | G | |
| 237. Realty Assoc Fd V Corp (REIT) | A | Dividend | J | W | | | | | |
| 238. Maricopa Cty, AZ Municipal bds | D | Interest | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 18 of 68

Name of Person Reporting

SARIS, PATTI B.

Date of Report

05/11/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Minneapolis, MN Municipal bds | D | Interest | M | T | | | | | |
| 240. San Antonio, TX Municipal bds | D | Interest | | | Sold | 05/16/11 | N | | |
| 241. Sweetwater, WY Municipal bds | C | Interest | | | Sold | 06/15/11 | M | | |
| 242. University Idaho Municipal bds | D | Interest | M | T | | | | | |
| 243. Walled Lake, MI Municipal bds | C | Interest | | | Sold | 05/02/11 | M | | |
| 244. UBS RMA TaxFree Fd cash eq mutual fd | A | Dividend | | | Buy | 01/04/11 | J | | |
| 245. | | | | | Buy (add'l) | 02/02/11 | J | | |
| 246. | | | | | Buy (add'l) | 03/02/11 | J | | |
| 247. | | | | | Buy (add'l) | 04/04/11 | J | | |
| 248. | | | | | Sold (part) | 04/08/11 | J | | |
| 249. | | | | | Buy (add'l) | 07/05/11 | J | | |
| 250. | | | | | Sold (part) | 07/08/11 | J | | |
| 251. | | | | | Buy (add'l) | 08/02/11 | J | | |
| 252. | | | | | Buy (add'l) | 09/02/11 | J | | |
| 253. | | | | | Buy (add'l) | 10/04/11 | J | | |
| 254. | | | | | Sold | 10/12/11 | J | | |
| 255. Federated US Treas Cash Rsv cash eq mutual fd | A | Dividend | P1 | T | Buy (add'l) | 01/03/11 | P1 | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Buy (add'l) | 01/04/11 | J | | |
| 257. | | | | | Buy (add'l) | 01/05/11 | L | | |
| 258. | | | | | Buy (add'l) | 01/06/11 | O | | |
| 259. | | | | | Buy (add'l) | 01/07/11 | K | | |
| 260. | | | | | Buy (add'l) | 01/14/11 | K | | |
| 261. | | | | | Buy (add'l) | 01/18/11 | K | | |
| 262. | | | | | Buy (add'l) | 01/19/11 | J | | |
| 263. | | | | | Buy (add'l) | 01/21/11 | K | | |
| 264. | | | | | Buy (add'l) | 01/26/11 | J | | |
| 265. | | | | | Buy (add'l) | 02/02/11 | J | | |
| 266. | | | | | Buy (add'l) | 02/08/11 | J | | |
| 267. | | | | | Buy (add'l) | 02/10/11 | L | | |
| 268. | | | | | Buy (add'l) | 02/15/11 | L | | |
| 269. | | | | | Buy (add'l) | 02/18/11 | K | | |
| 270. | | | | | Buy (add'l) | 02/28/11 | M | | |
| 271. | | | | | Buy (add'l) | 03/01/11 | K | | |
| 272. | | | | | Buy (add'l) | 03/02/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Buy (add'l) | 03/07/11 | K | | |
| 274. | | | | | Buy (add'l) | 03/10/11 | M | | |
| 275. | | | | | Buy (add'l) | 03/14/11 | L | | |
| 276. | | | | | Buy (add'l) | 03/21/11 | L | | |
| 277. | | | | | Buy (add'l) | 03/25/11 | J | | |
| 278. | | | | | Buy (add'l) | 03/28/11 | K | | |
| 279. | | | | | Buy (add'l) | 03/29/11 | M | | |
| 280. | | | | | Buy (add'l) | 03/30/11 | K | | |
| 281. | | | | | Buy (add'l) | 03/31/11 | K | | |
| 282. | | | | | Buy (add'l) | 04/01/11 | L | | |
| 283. | | | | | Buy (add'l) | 04/04/11 | J | | |
| 284. | | | | | Buy (add'l) | 04/07/11 | J | | |
| 285. | | | | | Buy (add'l) | 04/13/11 | K | | |
| 286. | | | | | Buy (add'l) | 04/15/11 | J | | |
| 287. | | | | | Buy (add'l) | 04/18/11 | J | | |
| 288. | | | | | Buy (add'l) | 04/19/11 | J | | |
| 289. | | | | | Buy (add'l) | 04/25/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Buy (add'l) | 04/27/11 | M | | |
| 291. | | | | | Buy (add'l) | 04/29/11 | L | | |
| 292. | | | | | Buy (add'l) | 05/02/11 | K | | |
| 293. | | | | | Buy (add'l) | 05/03/11 | J | | |
| 294. | | | | | Buy (add'l) | 05/06/11 | K | | |
| 295. | | | | | Buy (add'l) | 05/11/11 | J | | |
| 296. | | | | | Buy (add'l) | 05/13/11 | K | | |
| 297. | | | | | Buy (add'l) | 05/23/11 | K | | |
| 298. | | | | | Buy (add'l) | 05/24/11 | J | | |
| 299. | | | | | Buy (add'l) | 05/25/11 | N | | |
| 300. | | | | | Buy (add'l) | 06/01/11 | J | | |
| 301. | | | | | Buy (add'l) | 06/02/11 | J | | |
| 302. | | | | | Buy (add'l) | 06/02/11 | J | | |
| 303. | | | | | Buy (add'l) | 06/03/11 | J | | |
| 304. | | | | | Buy (add'l) | 06/10/11 | K | | |
| 305. | | | | | Buy (add'l) | 06/14/11 | K | | |
| 306. | | | | | Buy (add'l) | 06/16/11 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Buy (add'l) | 06/20/11 | L | | |
| 308. | | | | | Buy (add'l) | 06/23/11 | K | | |
| 309. | | | | | Buy (add'l) | 06/24/11 | J | | |
| 310. | | | | | Buy (add'l) | 06/27/11 | K | | |
| 311. | | | | | Buy (add'l) | 06/29/11 | M | | |
| 312. | | | | | Buy (add'l) | 06/30/11 | N | | |
| 313. | | | | | Buy (add'l) | 07/05/11 | J | | |
| 314. | | | | | Buy (add'l) | 07/07/11 | K | | |
| 315. | | | | | Buy (add'l) | 07/08/11 | M | | |
| 316. | | | | | Buy (add'l) | 07/11/11 | N | | |
| 317. | | | | | Buy (add'l) | 07/12/11 | P1 | | |
| 318. | | | | | Buy (add'l) | 07/15/11 | J | | |
| 319. | | | | | Buy (add'l) | 07/18/11 | J | | |
| 320. | | | | | Buy (add'l) | 07/19/11 | J | | |
| 321. | | | | | Buy (add'l) | 07/21/11 | J | | |
| 322. | | | | | Buy (add'l) | 07/25/11 | J | | |
| 323. | | | | | Buy (add'l) | 07/27/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 324. | | | | | Buy (add'l) | 08/02/11 | K | | |
| 325. | | | | | Buy (add'l) | 08/08/11 | L | | |
| 326. | | | | | Buy (add'l) | 08/10/11 | P1 | | |
| 327. | | | | | Buy (add'l) | 08/11/11 | M | | |
| 328. | | | | | Buy (add'l) | 08/16/11 | P1 | | |
| 329. | | | | | Buy (add'l) | 08/18/11 | J | | |
| 330. | | | | | Buy (add'l) | 08/23/11 | M | | |
| 331. | | | | | Buy (add'l) | 08/30/11 | J | | |
| 332. | | | | | Buy (add'l) | 09/02/11 | N | | |
| 333. | | | | | Buy (add'l) | 09/06/11 | J | | |
| 334. | | | | | Buy (add'l) | 09/08/11 | K | | |
| 335. | | | | | Buy (add'l) | 09/15/11 | K | | |
| 336. | | | | | Buy (add'l) | 09/16/11 | M | | |
| 337. | | | | | Buy (add'l) | 09/22/11 | J | | |
| 338. | | | | | Buy (add'l) | 09/26/11 | K | | |
| 339. | | | | | Buy (add'l) | 09/29/11 | L | | |
| 340. | | | | | Buy (add'l) | 09/30/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Buy (add'l) | 10/03/11 | K | | |
| 342. | | | | | Buy (add'l) | 10/04/11 | L | | |
| 343. | | | | | Buy (add'l) | 10/05/11 | J | | |
| 344. | | | | | Buy (add'l) | 10/06/11 | K | | |
| 345. | | | | | Buy (add'l) | 10/12/11 | J | | |
| 346. | | | | | Buy (add'l) | 10/13/11 | M | | |
| 347. | | | | | Buy (add'l) | 10/28/11 | K | | |
| 348. | | | | | Buy (add'l) | 10/31/11 | J | | |
| 349. | | | | | Buy (add'l) | 11/02/11 | K | | |
| 350. | | | | | Buy (add'l) | 11/07/11 | J | | |
| 351. | | | | | Buy (add'l) | 11/09/11 | L | | |
| 352. | | | | | Buy (add'l) | 11/15/11 | J | | |
| 353. | | | | | Buy (add'l) | 11/16/11 | J | | |
| 354. | | | | | Buy (add'l) | 11/17/11 | J | | |
| 355. | | | | | Buy (add'l) | 12/01/11 | J | | |
| 356. | | | | | Buy (add'l) | 12/02/11 | K | | |
| 357. | | | | | Buy (add'l) | 12/05/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Buy (add'l) | 12/06/11 | K | | |
| 359. | | | | | Buy (add'l) | 12/09/11 | K | | |
| 360. | | | | | Buy (add'l) | 12/14/11 | J | | |
| 361. | | | | | Buy (add'l) | 12/19/11 | P1 | | |
| 362. | | | | | Buy (add'l) | 12/20/11 | P1 | | |
| 363. | | | | | Buy (add'l) | 12/21/11 | J | | |
| 364. | | | | | Buy (add'l) | 12/22/11 | M | | |
| 365. | | | | | Buy (add'l) | 12/23/11 | L | | |
| 366. | | | | | Buy (add'l) | 12/27/11 | M | | |
| 367. | | | | | Buy (add'l) | 12/28/11 | K | | |
| 368. | | | | | Buy (add'l) | 12/29/11 | K | | |
| 369. | | | | | Buy (add'l) | 12/30/11 | J | | |
| 370. | | | | | Sold (part) | 01/05/11 | J | | |
| 371. | | | | | Sold (part) | 01/07/11 | P1 | | |
| 372. | | | | | Sold (part) | 01/10/11 | J | | |
| 373. | | | | | Sold (part) | 01/11/11 | M | | |
| 374. | | | | | Sold (part) | 01/13/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 375. | | | | | Sold (part) | 01/25/11 | J | | |
| 376. | | | | | Sold (part) | 01/28/11 | L | | |
| 377. | | | | | Sold (part) | 01/31/11 | J | | |
| 378. | | | | | Sold (part) | 02/01/11 | K | | |
| 379. | | | | | Sold (part) | 02/03/11 | J | | |
| 380. | | | | | Sold (part) | 02/09/11 | L | | |
| 381. | | | | | Sold (part) | 02/10/11 | K | | |
| 382. | | | | | Sold (part) | 02/14/11 | J | | |
| 383. | | | | | Sold (part) | 02/16/11 | J | | |
| 384. | | | | | Sold (part) | 02/17/11 | K | | |
| 385. | | | | | Sold (part) | 02/22/11 | J | | |
| 386. | | | | | Sold (part) | 02/23/11 | J | | |
| 387. | | | | | Sold (part) | 02/24/11 | J | | |
| 388. | | | | | Sold (part) | 02/25/11 | L | | |
| 389. | | | | | Sold (part) | 03/02/11 | J | | |
| 390. | | | | | Sold (part) | 03/04/11 | J | | |
| 391. | | | | | Sold (part) | 03/08/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Sold (part) | 03/09/11 | K | | |
| 393. | | | | | Sold (part) | 03/10/11 | K | | |
| 394. | | | | | Sold (part) | 03/11/11 | J | | |
| 395. | | | | | Sold (part) | 03/15/11 | J | | |
| 396. | | | | | Sold (part) | 03/16/11 | K | | |
| 397. | | | | | Sold (part) | 03/17/11 | J | | |
| 398. | | | | | Sold (part) | 03/18/11 | J | | |
| 399. | | | | | Sold (part) | 03/22/11 | K | | |
| 400. | | | | | Sold (part) | 03/23/11 | J | | |
| 401. | | | | | Sold (part) | 03/24/11 | J | | |
| 402. | | | | | Sold (part) | 03/28/11 | K | | |
| 403. | | | | | Sold (part) | 03/29/11 | J | | |
| 404. | | | | | Sold (part) | 04/06/11 | K | | |
| 405. | | | | | Sold (part) | 04/11/11 | J | | |
| 406. | | | | | Sold (part) | 04/12/11 | K | | |
| 407. | | | | | Sold (part) | 04/13/11 | J | | |
| 408. | | | | | Sold (part) | 04/14/11 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Sold (part) | 04/15/11 | K | | |
| 410. | | | | | Sold (part) | 04/18/11 | J | | |
| 411. | | | | | Sold (part) | 04/20/11 | K | | |
| 412. | | | | | Sold (part) | 04/21/11 | J | | |
| 413. | | | | | Sold (part) | 04/25/11 | L | | |
| 414. | | | | | Sold (part) | 04/26/11 | J | | |
| 415. | | | | | Sold (part) | 04/28/11 | K | | |
| 416. | | | | | Sold (part) | 05/02/11 | K | | |
| 417. | | | | | Sold (part) | 05/03/11 | J | | |
| 418. | | | | | Sold (part) | 05/04/11 | L | | |
| 419. | | | | | Sold (part) | 05/09/11 | K | | |
| 420. | | | | | Sold (part) | 05/10/11 | J | | |
| 421. | | | | | Sold (part) | 05/12/11 | K | | |
| 422. | | | | | Sold (part) | 05/13/11 | K | | |
| 423. | | | | | Sold (part) | 05/16/11 | J | | |
| 424. | | | | | Sold (part) | 05/17/11 | K | | |
| 425. | | | | | Sold (part) | 05/18/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Sold (part) | 05/19/11 | J | | |
| 427. | | | | | Sold (part) | 05/20/11 | N | | |
| 428. | | | | | Sold (part) | 05/23/11 | J | | |
| 429. | | | | | Sold (part) | 05/25/11 | J | | |
| 430. | | | | | Sold (part) | 05/26/11 | L | | |
| 431. | | | | | Sold (part) | 05/31/11 | J | | |
| 432. | | | | | Sold (part) | 06/01/11 | K | | |
| 433. | | | | | Sold (part) | 06/03/11 | J | | |
| 434. | | | | | Sold (part) | 06/06/11 | J | | |
| 435. | | | | | Sold (part) | 06/07/11 | M | | |
| 436. | | | | | Sold (part) | 06/08/11 | M | | |
| 437. | | | | | Sold (part) | 06/09/11 | O | | |
| 438. | | | | | Sold (part) | 06/10/11 | J | | |
| 439. | | | | | Sold (part) | 06/13/11 | J | | |
| 440. | | | | | Sold (part) | 06/15/11 | J | | |
| 441. | | | | | Sold (part) | 06/27/11 | K | | |
| 442. | | | | | Sold (part) | 06/28/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 443. | | | | | Sold (part) | 06/29/11 | P1 | | |
| 444. | | | | | Sold (part) | 06/30/11 | P1 | | |
| 445. | | | | | Sold (part) | 07/01/11 | P1 | | |
| 446. | | | | | Sold (part) | 07/05/11 | L | | |
| 447. | | | | | Sold (part) | 07/06/11 | J | | |
| 448. | | | | | Sold (part) | 07/08/11 | L | | |
| 449. | | | | | Sold (part) | 07/13/11 | L | | |
| 450. | | | | | Sold (part) | 07/19/11 | J | | |
| 451. | | | | | Sold (part) | 07/20/11 | M | | |
| 452. | | | | | Sold (part) | 07/22/11 | K | | |
| 453. | | | | | Sold (part) | 07/25/11 | K | | |
| 454. | | | | | Sold (part) | 07/26/11 | K | | |
| 455. | | | | | Sold (part) | 07/28/11 | J | | |
| 456. | | | | | Sold (part) | 07/29/11 | P1 | | |
| 457. | | | | | Sold (part) | 08/01/11 | K | | |
| 458. | | | | | Sold (part) | 08/02/11 | K | | |
| 459. | | | | | Sold (part) | 08/04/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 31 of 68

Name of Person Reporting

SARIS, PATTI B.

Date of Report

05/11/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. | | | | | Sold (part) | 08/05/11 | K | | |
| 461. | | | | | Sold (part) | 08/09/11 | J | | |
| 462. | | | | | Sold (part) | 08/11/11 | J | | |
| 463. | | | | | Sold (part) | 08/12/11 | P1 | | |
| 464. | | | | | Sold (part) | 08/15/11 | J | | |
| 465. | | | | | Sold (part) | 08/19/11 | K | | |
| 466. | | | | | Sold (part) | 08/22/11 | J | | |
| 467. | | | | | Sold (part) | 08/26/11 | J | | |
| 468. | | | | | Sold (part) | 09/01/11 | K | | |
| 469. | | | | | Sold (part) | 09/02/11 | O | | |
| 470. | | | | | Sold (part) | 09/08/11 | L | | |
| 471. | | | | | Sold (part) | 09/09/11 | J | | |
| 472. | | | | | Sold (part) | 09/12/11 | J | | |
| 473. | | | | | Sold (part) | 09/13/11 | J | | |
| 474. | | | | | Sold (part) | 09/14/11 | L | | |
| 475. | | | | | Sold (part) | 09/20/11 | J | | |
| 476. | | | | | Sold (part) | 09/22/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. | | | | | Sold (part) | 09/27/11 | O | | |
| 478. | | | | | Sold (part) | 09/28/11 | M | | |
| 479. | | | | | Sold (part) | 09/29/11 | J | | |
| 480. | | | | | Sold (part) | 10/01/11 | J | | |
| 481. | | | | | Sold (part) | 10/03/11 | J | | |
| 482. | | | | | Sold (part) | 10/05/11 | L | | |
| 483. | | | | | Sold (part) | 10/06/11 | L | | |
| 484. | | | | | Sold (part) | 10/07/11 | J | | |
| 485. | | | | | Sold (part) | 10/11/11 | L | | |
| 486. | | | | | Sold (part) | 10/12/11 | J | | |
| 487. | | | | | Sold (part) | 10/14/11 | M | | |
| 488. | | | | | Sold (part) | 10/17/11 | K | | |
| 489. | | | | | Sold (part) | 10/18/11 | J | | |
| 490. | | | | | Sold (part) | 10/20/11 | J | | |
| 491. | | | | | Sold (part) | 10/21/11 | J | | |
| 492. | | | | | Sold (part) | 10/31/11 | K | | |
| 493. | | | | | Sold (part) | 11/01/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. | | | | | Sold (part) | 11/03/11 | J | | |
| 495. | | | | | Sold (part) | 11/15/11 | J | | |
| 496. | | | | | Sold (part) | 11/16/11 | J | | |
| 497. | | | | | Sold (part) | 11/18/11 | J | | |
| 498. | | | | | Sold (part) | 11/21/11 | M | | |
| 499. | | | | | Sold (part) | 11/22/11 | J | | |
| 500. | | | | | Sold (part) | 11/28/11 | K | | |
| 501. | | | | | Sold (part) | 12/01/11 | K | | |
| 502. | | | | | Sold (part) | 12/05/11 | J | | |
| 503. | | | | | Sold (part) | 12/06/11 | L | | |
| 504. | | | | | Sold (part) | 12/08/11 | K | | |
| 505. | | | | | Sold (part) | 12/09/11 | J | | |
| 506. | | | | | Sold (part) | 12/12/11 | N | | |
| 507. | | | | | Sold (part) | 12/13/11 | J | | |
| 508. | | | | | Sold (part) | 12/14/11 | K | | |
| 509. | | | | | Sold (part) | 12/15/11 | J | | |
| 510. | | | | | Sold (part) | 12/16/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 34 of 68

Name of Person Reporting

SARIS, PATTI B.

Date of Report

05/11/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. | | | | | Sold (part) | 12/20/11 | P1 | | |
| 512. | | | | | Sold (part) | 12/27/11 | K | | |
| 513. Local Motors Series A pfd closely held | None | | J | W | | | | | |
| 514. PIMCO Emerging Mkts Curr Inst Fd mutual fd-name chgd 8/16/11 | E | Dividend | P1 | T | Distributed (part) | 03/28/11 | P1 | | See Part VIII |
| 515. | | | | | Sold (part) | 06/27/11 | L | F | |
| 516. | | | | | Sold (part) | 06/29/11 | M | E | |
| 517. | | | | | Sold (part) | 08/09/11 | P1 | F | |
| 518. Van Eck Intl Invest Gold A mutual fd | F | Dividend | P1 | T | Sold (part) | 06/28/11 | P1 | F | |
| 519. Hephaestion II LP priv eq | G | Distribution | P1 | U | Buy (add'l) | 09/27/11 | N | | |
| 520. Hephaestion Retail LP priv eq | D | Distribution | O | U | Buy (add'l) | 07/06/11 | J | | |
| 521. | | | | | Buy (add'l) | 09/28/11 | M | | |
| 522. Portland Global Real Est Sec Fd LP | None | | K | U | | | | | |
| 523. Blackstone Distressed Securities Fd LP | D | Distribution | K | U | | | | | |
| 524. Penta Asia Domestic Partners LP | None | | P1 | U | Buy (add'l) | 06/29/11 | O | | |
| 525. PSC Luxembourg Hldgs LLC | None | | K | U | | | | | |
| 526. Trust # 22 | G | Distribution | P2 | W | | | | | |
| 527. - Int in MECM Assoc II LLC closely held | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 35 of 68

Name of Person Reporting

SARIS, PATTI B.

Date of Report

05/11/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. - Hephaestion LP | | | | | Buy (add'l) | 09/28/11 | L | | |
| 529. | | | | | Buy (add'l) | 12/27/11 | J | | |
| 530. - Hephaestion Co-invest I LP | | | | | Buy (add'l) | 09/28/11 | J | | |
| 531. - Porus Invt Hldg Co Ltd LP | | | | | | | | | |
| 532. - Xander Master Fund LLC | | | | | | | | | |
| 533. - Federated US Treas Cash reserve money mrkt mutual fd | | | | | Buy (add'l) | 02/09/11 | J | | |
| 534. | | | | | Buy (add'l) | 02/16/11 | K | | |
| 535. | | | | | Buy (add'l) | 04/01/11 | N | | |
| 536. | | | | | Buy (add'l) | 04/13/11 | J | | |
| 537. | | | | | Buy (add'l) | 08/30/11 | J | | |
| 538. | | | | | Buy (add'l) | 10/18/11 | M | | |
| 539. | | | | | Sold (part) | 05/25/11 | N | | |
| 540. | | | | | Sold (part) | 09/28/11 | L | | |
| 541. | | | | | Sold (part) | 12/27/11 | J | | |
| 542. Trust # 23 | D | Int./Div. | P1 | T | | | | | |
| 543. - SPDR Gold Tr mutual fund | | | | | | | | | |
| 544. - Federated US Treas Cash Rsv mutual fund | | | | | Buy (add'l) | 04/05/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

SARIS, PATTI B.

Date of Report

05/11/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. | | | | | Buy (add'l) | 05/19/11 | J | | |
| 546. | | | | | Buy (add'l) | 10/26/11 | J | | |
| 547. | | | | | Sold (part) | 04/01/11 | J | | |
| 548. | | | | | Sold (part) | 09/07/11 | J | | |
| 549. - Realty Associates Fd IV LLC | | | | | | | | | |
| 550. - Int in MECM Investments LLC (closely held) | | | | | | | | | |
| 551. Trust # 24 | D | Int./Div. | P1 | T | | | | | |
| 552. - SPDR Gold Tr mutual fund | | | | | | | | | |
| 553. - Federated US Treas Cash Rsv mutual fund | | | | | Buy (add'l) | 04/05/11 | J | | |
| 554. | | | | | Buy (add'l) | 05/19/11 | J | | |
| 555. | | | | | Buy (add'l) | 10/26/11 | J | | |
| 556. | | | | | Sold (part) | 04/01/11 | J | | |
| 557. | | | | | Sold (part) | 09/07/11 | J | | |
| 558. - Realty Associates Fd IV LLC | | | | | | | | | |
| 559. - Int in MECM Investments LLC (closely held) | | | | | | | | | |
| 560. Trust # 25 | D | Int./Div. | P1 | T | | | | | |
| 561. - SPDR Gold Tr mutual fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

**SARIS, PATTI B.**

Date of Report

05/11/2012

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. - Federated US Treas Cash Rsv mutual fund | | | | | Buy (add'l) | 04/05/11 | J | | |
| 563. | | | | | Buy (add'l) | 05/19/11 | J | | |
| 564. | | | | | Buy (add'l) | 10/26/11 | J | | |
| 565. | | | | | Sold (part) | 04/01/11 | J | | |
| 566. | | | | | Sold (part) | 09/07/11 | J | | |
| 567. - Realty Associates Fd IV LLC | | | | | | | | | |
| 568. - Int in MECM Investments LLC (closely held) | | | | | | | | | |
| 569. Trust # 26 | D | Int./Div. | P1 | T | | | | | |
| 570. - SPDR Gold Tr mutual fund | | | | | | | | | |
| 571. - Federated US Treas Cash Rsv mutual fund | | | | | Buy (add'l) | 04/05/11 | J | | |
| 572. | | | | | Buy (add'l) | 05/19/11 | J | | |
| 573. | | | | | Buy (add'l) | 10/26/11 | J | | |
| 574. | | | | | Sold (part) | 04/01/11 | J | | |
| 575. | | | | | Sold (part) | 09/07/11 | J | | |
| 576. - Realty Associates Fd IV LLC | | | | | | | | | |
| 577. Liveprocess Crop Ser A pfd stock | | None | J | T | | | | | |
| 578. Neurophage Pharmls Inc Series A cv pfd stock | | None | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

Date of Report

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | SARIS, PATTI B. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579.  Wavemark Inc Ser B pfd stock | | None | M | T | | | | | |
| 580.  Vanguard Inflat Protected mutual fund | D | Dividend | | | Sold (part) | 03/23/11 | P1 | G | |
| 581. | | | | | Sold | 06/29/11 | P1 | F | |
| 582.  Meridia Capital LP | | None | O | U | Buy (add'l) | 03/22/11 | K | | |
| 583.  Meta4 Group Ltd LP | | None | J | U | Distributed (part) | 07/20/11 | J | | See Part VIII |
| 584.  Elliott Associates, LP | | None | P2 | U | | | | | |
| 585.  Hony Capital Fund 2008, LP | G | Distribution | P1 | U | Buy (add'l) | 03/24/11 | L | | |
| 586. | | | | | Buy (add'l) | 04/25/11 | L | | |
| 587. | | | | | Buy (add'l) | 06/01/11 | K | | |
| 588. | | | | | Buy (add'l) | 06/07/11 | M | | |
| 589. | | | | | Buy (add'l) | 06/28/11 | L | | |
| 590. | | | | | Buy (add'l) | 07/20/11 | M | | |
| 591. | | | | | Buy (add'l) | 10/14/11 | M | | |
| 592. | | | | | Buy (add'l) | 11/21/11 | M | | |
| 593. | | | | | Buy (add'l) | 12/06/11 | L | | |
| 594.  Line Rock Partners V, LP combined | F | Distribution | P1 | U | Buy (add'l) | 02/25/11 | K | | |
| 595. | | | | | Buy (add'l) | 05/26/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. | | | | | Buy (add'l) | 07/22/11 | K | | |
| 597. | | | | | Buy (add'l) | 09/08/11 | K | | |
| 598. | | | | | Buy (add'l) | 10/05/11 | L | | |
| 599. | | | | | Buy (add'l) | 12/31/11 | K | | |
| 600. Lone Star Fund VI (US), LP | G | Distribution | P1 | U | | | | | |
| 601. Lone Star Europe Holdings (US), LP | G | Distribution | N | U | | | | | |
| 602. Lone Star Real Estate Fund (US), LP | G | Distribution | P1 | U | | | | | |
| 603. Middle East North Africa Opportunities Fd, LP | D | Distribution | L | U | | | | | |
| 604. Portland Capital LLP | | None | J | W | | | | | |
| 605. MA Health & Ed Municipal Bds | C | Interest | L | T | | | | | |
| 606. MECM Associates LLC closely held | A | Dividend | P3 | W | | | | | |
| 607. - Abrams Capital Partners II LP | | None | P1 | U | | | | | |
| 608. - Baupost Value Partners LP II | | None | P1 | U | | | | | |
| 609. - Brookside Cap Partners Fd LP | | None | P1 | U | Redeemed (part) | 09/30/11 | P1 | | |
| 610. | | | | | Redeemed (part) | 12/30/11 | P1 | | |
| 611. - Kensico Associates LP | | None | P2 | U | | | | | |
| 612. - Federated US Treas Cash Rsv cash eq mutual fd (x) | A | Dividend | P2 | T | Buy | 09/30/11 | P1 | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. | | | | | Buy (add'l) | 12/30/11 | P1 | | |
| 614. Auburndale FL Municipal bds | E | Interest | N | T | | | | | |
| 615. Berkeley Cty SC Municipal bd | E | Interest | N | T | | | | | |
| 616. Birmingham AL Municipal Bds | D | Interest | M | T | | | | | |
| 617. Hawaii St Municipal Bds | E | Interest | N | T | Sold (part) | 08/01/11 | M | | |
| 618. Intermountain Pwr Agy UT Municipal bds | D | Interest | | | Sold | 04/21/11 | N | C | |
| 619. Met Trans Auth NY Municipal Bds | E | Interest | | | Sold | 05/24/11 | N | E | |
| 620. Washington St Municipal Bds | C | Interest | | | Sold | 01/03/11 | M | | |
| 621. Anchorage AK Municipal Bds | C | Interest | | | Sold | 03/03/11 | N | D | |
| 622. Chatham Cty GA Municipal Bds | C | Interest | M | T | | | | | |
| 623. MA St College Bds Municipal Bds | D | Interest | N | T | | | | | |
| 624. Trust # 27 | D | Int./Div. | O | T | | | | | |
| 625. - Ishares MSCI Brazil Index Fd | | | | | Buy (add'l) | 01/10/11 | L | | |
| 626. - Int in MECM Investments LLC (closely held) | | | | | | | | | |
| 627. - Federated US Treas Cash Rsv money mrkt (mutual fd) | | | | | Buy (add'l) | 02/18/11 | J | | |
| 628. | | | | | Buy (add'l) | 06/28/11 | J | | |
| 629. | | | | | Buy (add'l) | 09/15/11 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. | | | | | Buy (add'l) | 12/22/11 | J | | |
| 631. | | | | | Sold (part) | 01/13/11 | L | | |
| 632. | | | | | Sold (part) | 03/25/11 | J | | |
| 633. | | | | | Sold (part) | 04/11/11 | J | | |
| 634. | | | | | Sold (part) | 06/03/11 | J | | |
| 635. | | | | | Sold (part) | 07/07/11 | J | | |
| 636. | | | | | Sold (part) | 09/02/11 | J | | |
| 637. | | | | | Sold (part) | 09/06/11 | J | | |
| 638. | | | | | Sold (part) | 12/07/11 | J | | |
| 639. - Vanguard Developed Mkts Index, mutual fd | | | | | Sold | 09/14/11 | M | | |
| 640. - Vanguard Dividend Appre, mutual fd | | | | | | | | | |
| 641. - Vanguard Emerging Markets, mutual fd | | | | | | | | | |
| 642. Trust # 28 | D | Int./Div. | P1 | T | | | | | |
| 643. - Ishares MSCI Brazil Index Fd | | | | | Buy (add'l) | 01/10/11 | L | | |
| 644. - Int in MECM Investments LLC (closely held) | | | | | | | | | |
| 645. - Federated US Treas Cash Rsv money mrkt (mutual fd) | | | | | Buy (add'l) | 02/18/11 | J | | |
| 646. | | | | | Buy (add'l) | 04/05/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. | | | | | Buy (add'l) | 06/28/11 | J | | |
| 648. | | | | | Buy (add'l) | 09/15/11 | M | | |
| 649. | | | | | Buy (add'l) | 12/22/11 | J | | |
| 650. | | | | | Sold (part) | 01/13/11 | L | | |
| 651. | | | | | Sold (part) | 04/11/11 | J | | |
| 652. | | | | | Sold (part) | 04/18/11 | J | | |
| 653. | | | | | Sold (part) | 09/02/11 | J | | |
| 654. - Vanguard Developed Mkts Index, mutual fd | | | | | Sold | 09/14/11 | M | | |
| 655. - Vanguard Dividend Appre, mutual fd | | | | | | | | | |
| 656. - Vanguard Emerging Markets, mutual fd | | | | | | | | | |
| 657. Chilton Gobal Natural Res Partners LP | | None | P1 | U | Buy (add'l) | 06/21/11 | P1 | | |
| 658. CX Partners Fd Limited (private eq) | C | Distribution | M | U | Buy (add'l) | 02/09/11 | L | | |
| 659. | | | | | Buy (add'l) | 04/25/11 | J | | |
| 660. | | | | | Redeemed (part) | 08/29/11 | J | | |
| 661. Hephaestion III LP | D | Distribution | P1 | U | Buy (add'l) | 01/28/11 | K | | |
| 662. | | | | | Buy (add'l) | 07/05/11 | L | | |
| 663. | | | | | Buy (add'l) | 09/27/11 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. Mondrian Intl Fixed Income Fd LP | E | Distribution | P1 | U | Redeemed (part) | 01/03/11 | P1 | | |
| 665. Orion European Real Estate Fd III CV (priv eq) | G | Distribution | O | U | Buy (add'l) | 07/25/11 | K | | |
| 666. RBC (Royal Bank of Canada), bank accounts | E | Interest | P1 | T | | | | | |
| 667. RBC Dominion Securities Inc | G | Interest | P2 | T | | | | | |
| 668. - Government of Canada Provincial Treasury Bills | | | | | Sold (part) | 02/15/11 | M | B | |
| 669. | | | | | Sold (part) | 02/15/11 | M | B | |
| 670. - Canada Housing Trust Mtge Bds | | | | | Redeemed (part) | 02/15/11 | M | | |
| 671. - Bank of Montreal GIC | | | | | Matured | 08/08/11 | M | | |
| 672. - HSBC Bank GIC | | | | | | | | | |
| 673. - National Bank of Canada GIC | | | | | | | | | |
| 674. - Royal Bank of Canada GIC | | | | | Sold (part) | 02/16/11 | M | C | |
| 675. - Province of Ontario Notes | | | | | Sold (part) | 02/15/11 | M | | |
| 676. - Province of Quebec Notes | | | | | | | | | |
| 677. - Province of British Columbia Notes (semi-annual package) | | | | | | | | | |
| 678. - Hydro Quebec notes (int only package) | | | | | | | | | |
| 679. - RBC Mortgage Corp GIC | | | | | Redeemed | 12/12/11 | L | | |
| 680. - Alberta Cap Fin Auth Bonds | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|

SARIS, PATTI B.

05/11/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. - Financement Quebec Bonds | | | | | Buy (add'l) | 02/18/11 | M | | |
| 682. - AGF Rturst GIC (x) | | | | | Buy | 02/17/11 | M | | |
| 683. - Homequity Bank GIC (x) | | | | | Buy | 02/17/11 | M | | |
| 684. - Laurentian Bank GIC (x) | | | | | Buy | 02/17/11 | M | | |
| 685. - Farm Credit Canada Notes (x) | | | | | Buy | 02/17/11 | M | | |
| 686. - Ville de Montreal Bds (x) | | | | | Buy | 02/18/11 | M | | |
| 687. - Province of New Brunswick, Canada debentures (x) | | | | | Buy | 02/18/11 | M | | |
| 688. - Province of Alberta, Canada debentures (x) | | | | | Buy | 02/18/11 | M | | |
| 689. - RBMC GIC (x) | | | | | Buy | 08/09/11 | M | | |
| 690. Gold boullion | | None | P1 | T | | | | | |
| 691. US Treas TIPS Bds | G | Interest | | | Sold (part) | 07/26/11 | O | E | |
| 692. | | | | | Sold (part) | 08/09/11 | P1 | G | |
| 693. | | | | | Sold | 08/15/11 | P1 | G | |
| 694. MECM Investments LLC (closely held) | G | Int./Div. | P2 | W | | | | | |
| 695. - Auburndale FL Municipal Bds | | | | | | | | | |
| 696. - Berkeley Cty SC Municipal Bds | | | | | | | | | |
| 697. - Easley SC Municipal Bds | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. - IL St Municipal Bds | | | | | | | | | |
| 699. - Maine St Municipal Bds | | | | | | | | | |
| 700. - Met Trans Auth NY Municipal Bds | | | | | Sold | 05/04/11 | M | E | |
| 701. - Mississippi St Municipal Bds | | | | | Sold | 09/23/11 | M | E | |
| 702. - Reg Trans Dist CO Municipal Bds | | | | | | | | | |
| 703. - Pimco Foreign Bd Fd mutual fd | | | | | | | | | |
| 704. - Ishares MSCI Brazil Index Fd mutual fd | | | | | | | | | |
| 705. - SPDR Gold Trust mutual fd | | | | | Sold (part) | 06/27/11 | O | G | |
| 706. | | | | | Buy (add'l) | 08/09/11 | P1 | | |
| 707. | | | | | Sold (part) | 08/15/11 | P1 | E | |
| 708. - Int in MECM Associates II LLC (closely held) | | | | | | | | | |
| 709. - Anchorage AK Municipal Bds | | | | | Sold | 03/03/11 | M | C | |
| 710. - Chatham Cty GA Municipal Bds | | | | | | | | | |
| 711. - MA St College Bldg Auth Municipal Bds | | | | | | | | | |
| 712. - NJ St Trans Municipal Bds | | | | | | | | | |
| 713. - NY St Municipal Bds (y) | | | | | | | | | See Part VIII |
| 714. - Chilton Global Natural Res Prtners LP | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT      Name of Person Reporting      Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715.  - PIMCO Emerging Mkts Curr Instl (mtl Fd)-name chgd 8/16/11 | | | | | Sold (part) | 06/16/11 | L | D | See Part VIII |
| 716. | | | | | Sold (part) | 06/29/11 | P1 | F | |
| 717. | | | | | Sold (part) | 07/06/11 | N | E | |
| 718. | | | | | Sold (part) | 08/09/11 | P1 | G | |
| 719.  - Gold Bullion | | | | | Buy (add'l) | 08/16/11 | P1 | | |
| 720.  - Federated US Treas Cash Rsv money markt (mutual fd) | | | | | Buy (add'l) | 01/04/11 | K | | |
| 721. | | | | | Buy (add'l) | 02/02/11 | J | | |
| 722. | | | | | Buy (add'l) | 02/07/11 | J | | |
| 723. | | | | | Buy (add'l) | 02/11/11 | J | | |
| 724. | | | | | Buy (add'l) | 02/14/11 | J | | |
| 725. | | | | | Buy (add'l) | 02/15/11 | J | | |
| 726. | | | | | Buy (add'l) | 02/16/11 | J | | |
| 727. | | | | | Buy (add'l) | 02/17/11 | J | | |
| 728. | | | | | Buy (add'l) | 02/18/11 | J | | |
| 729. | | | | | Buy (add'l) | 02/24/11 | J | | |
| 730. | | | | | Buy (add'l) | 02/28/11 | J | | |
| 731. | | | | | Buy (add'l) | 03/02/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. | | | | | Buy (add'l) | 03/11/11 | P1 | | |
| 733. | | | | | Buy (add'l) | 03/18/11 | J | | |
| 734. | | | | | Buy (add'l) | 03/21/11 | J | | |
| 735. | | | | | Buy (add'l) | 03/23/11 | J | | |
| 736. | | | | | Buy (add'l) | 03/28/11 | K | | |
| 737. | | | | | Buy (add'l) | 04/04/11 | J | | |
| 738. | | | | | Buy (add'l) | 04/21/11 | J | | |
| 739. | | | | | Buy (add'l) | 04/26/11 | J | | |
| 740. | | | | | Buy (add'l) | 04/29/11 | L | | |
| 741. | | | | | Buy (add'l) | 05/03/11 | J | | |
| 742. | | | | | Buy (add'l) | 05/05/11 | J | | |
| 743. | | | | | Buy (add'l) | 05/06/11 | J | | |
| 744. | | | | | Buy (add'l) | 05/12/11 | J | | |
| 745. | | | | | Buy (add'l) | 05/13/11 | K | | |
| 746. | | | | | Buy (add'l) | 05/19/11 | K | | |
| 747. | | | | | Buy (add'l) | 05/31/11 | J | | |
| 748. | | | | | Buy (add'l) | 06/02/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 749. | | | | | Buy (add'l) | 06/08/11 | J | | |
| 750. | | | | | Buy (add'l) | 06/10/11 | J | | |
| 751. | | | | | Buy (add'l) | 06/22/11 | J | | |
| 752. | | | | | Buy (add'l) | 06/27/11 | K | | |
| 753. | | | | | Buy (add'l) | 06/28/11 | J | | |
| 754. | | | | | Buy (add'l) | 06/30/11 | P1 | | |
| 755. | | | | | Buy (add'l) | 07/01/11 | K | | |
| 756. | | | | | Buy (add'l) | 07/05/11 | J | | |
| 757. | | | | | Buy (add'l) | 07/07/11 | M | | |
| 758. | | | | | Buy (add'l) | 07/18/11 | J | | |
| 759. | | | | | Buy (add'l) | 08/02/11 | K | | |
| 760. | | | | | Buy (add'l) | 08/10/11 | P1 | | |
| 761. | | | | | Buy (add'l) | 08/12/11 | K | | |
| 762. | | | | | Buy (add'l) | 08/15/11 | J | | |
| 763. | | | | | Buy (add'l) | 08/17/11 | J | | |
| 764. | | | | | Buy (add'l) | 08/18/11 | P1 | | |
| 765. | | | | | Buy (add'l) | 08/19/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

SARIS, PATTI B.

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. | | | | | Buy (add'l) | 08/23/11 | K | | |
| 767. | | | | | Buy (add'l) | 08/31/11 | K | | |
| 768. | | | | | Buy (add'l) | 09/02/11 | J | | |
| 769. | | | | | Buy (add'l) | 09/06/11 | J | | |
| 770. | | | | | Buy (add'l) | 09/15/11 | P1 | | |
| 771. | | | | | Buy (add'l) | 09/26/11 | J | | |
| 772. | | | | | Buy (add'l) | 09/30/11 | J | | |
| 773. | | | | | Buy (add'l) | 10/04/11 | J | | |
| 774. | | | | | Buy (add'l) | 10/12/11 | J | | |
| 775. | | | | | Buy (add'l) | 10/21/11 | J | | |
| 776. | | | | | Buy (add'l) | 10/25/11 | J | | |
| 777. | | | | | Buy (add'l) | 11/02/11 | J | | |
| 778. | | | | | Buy (add'l) | 11/03/11 | J | | |
| 779. | | | | | Buy (add'l) | 11/09/11 | J | | |
| 780. | | | | | Buy (add'l) | 11/10/11 | J | | |
| 781. | | | | | Buy (add'l) | 11/14/11 | K | | |
| 782. | | | | | Buy (add'l) | 11/16/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. | | | | | Buy (add'l) | 11/17/11 | K | | |
| 784. | | | | | Buy (add'l) | 11/18/11 | K | | |
| 785. | | | | | Buy (add'l) | 11/30/11 | J | | |
| 786. | | | | | Buy (add'l) | 12/02/11 | J | | |
| 787. | | | | | Buy (add'l) | 12/20/11 | K | | |
| 788. | | | | | Buy (add'l) | 12/22/11 | J | | |
| 789. | | | | | Buy (add'l) | 12/29/11 | J | | |
| 790. | | | | | Buy (add'l) | 12/30/11 | K | | |
| 791. | | | | | Sold (part) | 01/13/11 | J | | |
| 792. | | | | | Sold (part) | 02/16/11 | J | | |
| 793. | | | | | Sold (part) | 03/14/11 | K | | |
| 794. | | | | | Sold (part) | 03/24/11 | P1 | | |
| 795. | | | | | Sold (part) | 04/05/11 | L | | |
| 796. | | | | | Sold (part) | 04/13/11 | J | | |
| 797. | | | | | Sold (part) | 04/25/11 | J | | |
| 798. | | | | | Sold (part) | 05/04/11 | J | | |
| 799. | | | | | Sold (part) | 05/16/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800. | | | | | Sold (part) | 05/18/11 | J | | |
| 801. | | | | | Sold (part) | 05/19/11 | K | | |
| 802. | | | | | Sold (part) | 06/06/11 | J | | |
| 803. | | | | | Sold (part) | 06/09/11 | J | | |
| 804. | | | | | Sold (part) | 06/15/11 | M | | |
| 805. | | | | | Sold (part) | 06/27/11 | J | | |
| 806. | | | | | Sold (part) | 06/28/11 | J | | |
| 807. | | | | | Sold (part) | 06/30/11 | P1 | | |
| 808. | | | | | Sold (part) | 07/01/11 | P1 | | |
| 809. | | | | | Sold (part) | 07/14/11 | M | | |
| 810. | | | | | Sold (part) | 07/20/11 | J | | |
| 811. | | | | | Sold (part) | 07/25/11 | J | | |
| 812. | | | | | Sold (part) | 08/11/11 | K | | |
| 813. | | | | | Sold (part) | 08/12/11 | P1 | | |
| 814. | | | | | Sold (part) | 08/16/11 | K | | |
| 815. | | | | | Sold (part) | 08/18/11 | P1 | | |
| 816. | | | | | Sold (part) | 08/22/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|

SARIS, PATTI B.

05/11/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817. | | | | | Sold (part) | 08/24/11 | J | | |
| 818. | | | | | Sold (part) | 09/20/11 | L | | |
| 819. | | | | | Sold (part) | 09/26/11 | K | | |
| 820. | | | | | Sold (part) | 10/06/11 | J | | |
| 821. | | | | | Sold (part) | 10/07/11 | J | | |
| 822. | | | | | Sold (part) | 10/11/11 | K | | |
| 823. | | | | | Sold (part) | 10/18/11 | M | | |
| 824. | | | | | Sold (part) | 10/20/11 | K | | |
| 825. | | | | | Sold (part) | 10/21/11 | K | | |
| 826. | | | | | Sold (part) | 11/04/11 | J | | |
| 827. | | | | | Sold (part) | 11/15/11 | K | | |
| 828. | | | | | Sold (part) | 11/17/11 | J | | |
| 829. | | | | | Sold (part) | 11/18/11 | M | | |
| 830. | | | | | Sold (part) | 12/05/11 | J | | |
| 831. | | | | | Sold (part) | 12/19/11 | M | | |
| 832. - Vanguard Developed Mkts Index, mutual fd | | | | | Buy (add'l) | 07/06/11 | P1 | | |
| 833. | | | | | Sold (part) | 09/14/11 | P1 | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | | Date of Report |
|---|---|---|---|

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834.  - Vanguard Dividend Appre, mutual fd | | | | | Buy (add'l) | 03/23/11 | O | | |
| 835. | | | | | Sold (part) | 09/14/11 | P1 | | |
| 836.  - Vanguard Emerging Mkts, mutual fd | | | | | | | | | |
| 837.  - Vanguard 500 Index Fd, mutual fd | | | | | Buy (add'l) | 03/23/11 | N | | |
| 838. | | | | | Sold | 07/06/11 | P1 | G | |
| 839.  - SCP Atlantic Fd, L.P. | | | | | Redeemed (part) | 03/11/11 | P1 | | |
| 840. | | | | | Redeemed | 04/29/11 | L | | |
| 841.  - Boardwalk Pipeline Partners LP, PTP | | | | | Sold (part) | 05/03/11 | J | A | |
| 842. | | | | | Sold (part) | 05/16/11 | K | | |
| 843. | | | | | Sold | 08/26/11 | K | | |
| 844.  - Buckeye Partners LP, PTP | | | | | Buy | 03/21/11 | K | | |
| 845. | | | | | Buy (add'l) | 03/31/11 | J | | |
| 846. | | | | | Buy (add'l) | 05/02/11 | J | | |
| 847. | | | | | Buy (add'l) | 08/10/11 | K | | |
| 848. | | | | | Buy (add'l) | 10/24/11 | J | | |
| 849. | | | | | Buy (add'l) | 11/30/11 | J | | |
| 850.  - Chesapeake Midstream Partners LP, PTP | | | | | Buy (add'l) | 03/16/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851. | | | | | Buy (add'l) | 05/10/11 | K | | |
| 852. | | | | | Buy (add'l) | 08/18/11 | K | | |
| 853.   - Copano Energy LLC, PTP | | | | | Sold (part) | 02/10/11 | J | A | |
| 854. | | | | | Sold (part) | 02/11/11 | J | A | |
| 855. | | | | | Sold (part) | 03/18/11 | J | A | |
| 856. | | | | | Buy (add'l) | 06/27/11 | J | | |
| 857.   - DCP Midstream Partners LP, PTP | | | | | Sold (part) | 08/09/11 | J | A | |
| 858.   - El Paso Pipeline Partners LP, PTP | | | | | Buy (add'l) | 03/09/11 | K | | |
| 859. | | | | | Buy (add'l) | 05/11/11 | J | | |
| 860. | | | | | Buy (add'l) | 05/13/11 | J | | |
| 861. | | | | | Buy (add'l) | 06/06/11 | J | | |
| 862. | | | | | Buy (add'l) | 08/08/11 | K | | |
| 863.   - Enbridge Energy Partners LP, PTP | | | | | | | | | |
| 864.   - Energy Transfer Partners LP, PTP | | | | | Buy (add'l) | 10/05/11 | K | | |
| 865.   - Energy Transfer LP, PTP | | | | | Buy (add'l) | 05/09/11 | J | | |
| 866. | | | | | Sold (part) | 10/06/11 | J | | |
| 867.   - Enterprise Prods Partners LP, PTP | | | | | Buy | 04/09/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 868. | | | | | Buy (add'l) | 08/04/11 | J | | |
| 869. | | | | | Sold (part) | 10/20/11 | J | A | |
| 870. - Holly Energy Partners LP, PTP | | | | | Sold (part) | 04/20/11 | J | C | |
| 871. - Inergy LP, PTP | | | | | Sold (part) | 08/10/11 | K | | |
| 872. - Kinder Morgan Energy Partners LP, PTP | | | | | Sold (part) | 02/11/11 | J | A | |
| 873. | | | | | Buy (add'l) | 10/17/11 | K | | |
| 874. - Kinder Morgan Inc (x) - corp action with line 872 | | | | | Buy | 02/14/11 | K | | |
| 875. | | | | | Buy (add'l) | 11/14/11 | K | | |
| 876. - Kinder Morgan Management LLC, PTP | | | | | | | | | |
| 877. - Magellan Midstream Partners, PTP | | | | | Buy (add'l) | 06/22/11 | J | | |
| 878. | | | | | Buy (add'l) | 08/11/11 | K | | |
| 879. | | | | | Sold (part) | 10/17/11 | J | A | |
| 880. - Markwest Energy LP, PTP | | | | | Sold (part) | 06/01/11 | J | B | |
| 881. | | | | | Buy (add'l) | 06/22/11 | J | | |
| 882. - Niska Gas Storage, PTP | | | | | Sold | 05/09/11 | K | B | |
| 883. - Nustar Energy LP, PTP | | | | | Sold (part) | 03/21/11 | J | A | |
| 884. | | | | | Sold (part) | 05/10/11 | K | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 885. | | | | | Sold | 08/18/11 | L | A | |
| 886.  - Oneok Partners LP, PTP | | | | | Sold (part) | 06/03/11 | J | A | |
| 887.  - PAA Natural Gas Storage LP, PTP | | | | | Sold | 06/17/11 | J | | |
| 888.  - Plains All American Pipeline LP, PTP | | | | | Buy (add'l) | 04/19/11 | J | | |
| 889. | | | | | Buy (add'l) | 11/09/11 | K | | |
| 890.  - Regency Energy Partners LP, PTP | | | | | Buy (add'l) | 06/01/11 | J | | |
| 891. | | | | | Buy (add'l) | 10/03/11 | J | | |
| 892.  - Spectra Energy Partners LP, PTP | | | | | Buy (add'l) | 06/01/11 | J | | |
| 893. | | | | | Buy (add'l) | 06/23/11 | J | | |
| 894. | | | | | Sold (part) | 08/11/11 | J | | |
| 895.  - Sunoco Logistics Partners LP, PTP | | | | | Sold (part) | 03/16/11 | K | B | |
| 896. | | | | | Sold (part) | 05/02/11 | J | B | |
| 897. | | | | | Buy (add'l) | 06/23/11 | J | | |
| 898. | | | | | Sold (part) | 10/18/11 | J | B | |
| 899.  - TC Pipeline LP, PTP | | | | | Buy (add'l) | 06/22/11 | J | | |
| 900. | | | | | Sold | 08/05/11 | K | A | |
| 901.  - Targa Resources Partners LP, PTP | | | | | Sold (part) | 06/07/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 902.  - Targa Resources PTP | | | | | Sold<br>(part) | 02/14/11 | J | B | |
| 903. | | | | | Sold | 03/15/11 | J | C | |
| 904.  - Weston Gas Partners LP, PTP | | | | | Buy<br>(add'l) | 05/03/11 | K | | |
| 905. | | | | | Buy<br>(add'l) | 08/11/11 | K | | |
| 906.  - Williams Partners PTP | | | | | Sold<br>(part) | 04/18/11 | J | B | |
| 907. | | | | | Buy<br>(add'l) | 08/17/11 | K | | |
| 908. | | | | | Sold<br>(part) | 10/31/11 | J | A | |
| 909. | | | | | Sold<br>(part) | 11/14/11 | K | B | |
| 910.  - Clearwater FL Wtr & Swr bds, municipal bds | | | | | Sold | 04/05/11 | M | B | |
| 911.  - Hawaii St bds, municipal bds | | | | | | | | | |
| 912.  - Intermountain Pwr Agy Utah Bds, municipal bds | | | | | Sold | 04/20/11 | M | A | |
| 913.  - Loudoun Cty VA Bds, municipal bds | | | | | | | | | |
| 914.  - Lower Makefield Twp PA Bds, municipal bds | | | | | Sold | 08/11/11 | M | D | |
| 915.  - MA Dept Trans Met Hwy Sys Bd, municpal bds | | | | | Sold | 02/09/11 | M | B | |
| 916.  - MA St Dev Fin Agy Bds, municipal bds | | | | | | | | | |
| 917.  - Osceola Cty FL Sales Tax Rev Bds, municipal bds | | | | | Sold | 10/13/11 | N | | |
| 918.  - TX St Bds, municipal bds | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 919. - WI St Trans Rev Bds, municipal bds | | | | | | | | | |
| 920. - Charleston Cty SC municipal bds (x) | | | | | Buy | 08/18/11 | N | | |
| 921. - Conn St Gev Rev municipal bds (x) | | | | | Buy | 03/16/11 | M | | |
| 922. | | | | | Sold | 04/21/11 | M | A | |
| 923. - Energy Northwest WA Elec Rev municipal bds (x) | | | | | Buy | 03/10/11 | N | | |
| 924. - Farmington CT municipal bds (x) | | | | | Buy | 06/09/11 | N | | |
| 925. - Frederick Cty MD municipal bds (x) | | | | | Buy | 10/17/11 | M | | |
| 926. - Hempstead Town NY municipal bds (x) | | | | | Buy | 08/03/11 | N | | |
| 927. | | | | | Sold | 10/19/11 | N | C | |
| 928. - Henrico Cty VA municipal bds (x) | | | | | Buy | 09/27/11 | M | | |
| 929. - Long Beach NY municipal bds (x) | | | | | Buy | 03/11/11 | M | | |
| 930. | | | | | Sold | 11/09/11 | M | D | |
| 931. - Mecklenburg Cty NC municipal bds (x) | | | | | Buy | 10/13/11 | M | | |
| 932. - Pima Cty AZ munidipal bds (x) | | | | | Buy | 12/09/11 | N | | |
| 933. - Suffolk Cty NY municipal bds (x) | | | | | Buy | 10/25/11 | M | | |
| 934. - MF Northern Funds mun money mkt (cash equiv) (x) | | | | | Open | 12/31/11 | N | | See Part VIII |
| 935. - Vanguard Energy Fd-Adm (mutual fd) (x) | | | | | Buy | 06/30/11 | P1 | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 936. | | | | | Buy (add'l) | 12/16/11 | K | | |
| 937. - Lone Star Real Estate Fd II (U.S.), LP (priv equity) (x) | | | | | Buy | 06/15/11 | L | | |
| 938. | | | | | Buy (add'l) | 09/20/11 | L | | |
| 939. | | | | | Buy (add'l) | 11/17/11 | J | | |
| 940. | | | | | Buy (add'l) | 12/19/11 | M | | |
| 941. - Lone Star Fund VII (U.S.), LP (priv equity) (a) | | | | | Buy | 06/15/11 | M | | |
| 942. | | | | | Buy (add'l) | 07/14/11 | M | | |
| 943. | | | | | Buy (add'l) | 09/26/11 | K | | |
| 944. | | | | | Buy (add'l) | 10/18/11 | M | | |
| 945. | | | | | Buy (add'l) | 11/18/11 | M | | |
| 946. - PS Opportunities Onshore LP (priv equity) (x) | | | | | Buy | 06/30/11 | O | | |
| 947. - Crestwood Midstream Partners LP (PTP) (x) | | | | | Buy | 04/29/11 | J | | |
| 948. - Oiltanking Partners LP (PTP) (x) | | | | | Buy | 07/14/11 | J | | |
| 949. | | | | | Buy (add'l) | 08/19/11 | J | | |
| 950. - Tesoro Logistics LP (PTP) (x) | | | | | Buy | 04/20/11 | J | | |
| 951. | | | | | Buy (add'l) | 08/10/11 | J | | |
| 952. MECM Associates II LLC (closely held) | C | Int./Div. | P2 | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| FINANCIAL DISCLOSURE REPORT Page 60 of 68 | Name of Person Reporting SARIS, PATTI B. | Date of Report 05/11/2012 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 953. - Baupost Value Partners LP II | | | | | | | | | |
| 954. - Elliott Associates LP | | | | | | | | | |
| 955. - HighVista I LP | | | | | | | | | |
| 956. - Penta Asia Long Short Fd Ltd LP | | | | | | | | | |
| 957. - X Investment Holdings co Ltd LP | | | | | | | | | |
| 958. - Federated US Teas Cash Rsv money market (mutual fd) | | | | | Buy (add'l) | 06/27/11 | J | | |
| 959. | | | | | Buy (add'l) | 09/26/11 | J | | |
| 960. | | | | | Buy (add'l) | 12/22/11 | J | | |
| 961. | | | | | Sold (part) | 01/07/11 | M | | |
| 962. | | | | | Sold (part) | 11/4/11 | J | | |
| 963. - Vanguard Dividend appre-Inv (mutual fd) (x) | | | | | Buy | 01/06/11 | M | | |
| 964. Ishares MSCI Brazil Index Fd (mutual fd) | C | Dividend | M | T | | | | | |
| 965. First Republic Bank, Bank account | A | Interest | L | T | | | | | |
| 966. Perry Partners, LP (private equity) | D | Dividend | K | U | | | | | |
| 967. Local Motors Inc Ser B pfd, closely held stock | | None | M | T | | | | | |
| 968. Local Motors Inc Ser C pfd, closely held stock | | None | L | T | | | | | |
| 969. Webcam Generation Inc Ser A pfd stock, closely held | | None | K | T | | | | | |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 970. Northeast Bancorp (Ticker: NBN - NASDAQ) | D | Dividend | M | T | | | | | |
| 971. Highland Capital Partners VIII, LP | | None | L | U | Buy (add'l) | 01/14/11 | J | | |
| 972. | | | | | Buy (add'l) | 03/04/11 | J | | |
| 973. | | | | | Buy (add'l) | 03/25/11 | J | | |
| 974. | | | | | Buy (add'l) | 05/18/11 | K | | |
| 975. | | | | | Buy (add'l) | 11/18/11 | J | | |
| 976. | | | | | Buy (add'l) | 12/16/11 | J | | |
| 977. Hawaii Cnty, HI bds, municipal bds | C | Interest | M | T | | | | | |
| 978. Lower Makefield Twp PA Bds, municipal bds | D | Interest | | | Sold | 08/11/11 | N | D | |
| 979. MA Dept Trans Met Hwy Sys Bd, municpal bds | D | Interest | | | Sold | 02/09/11 | N | B | |
| 980. MN St Bds, municipal bds | D | Interest | | | Sold | 10/27/11 | M | B | |
| 981. New Jersey St bds, municipal bds | D | Interest | N | T | | | | | |
| 982. TX St Bds, municipal bds | D | Interest | N | T | | | | | |
| 983. WI St Trans Rev Bds, municipal bds | D | Interest | N | T | | | | | |
| 984. Chaleston Cty SC municipal bds (x) | B | Interest | N | T | Buy | 08/18/11 | N | | |
| 985. Colorado Springs CO municipal bds (x) | A | Interest | M | T | Buy | 09/20/11 | M | | |
| 986. Conn St municipal bds (x) | A | Interest | | | Buy | 03/19/11 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/11/2012 |

-- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 987. | | | | | Sold | 04/21/11 | N | B | |
| 988. Energy Northwest WA municipal bds (x) | B | Interest | N | T | Buy | 03/10/11 | N | | |
| 989. Farmington CT municipal bds (x) | C | Interest | N | T | Buy | 06/09/11 | N | | |
| 990. Hempstead Town NY municipal bds (x) | B | Interest | | | Buy | 08/03/11 | N | | |
| 991. | | | | | Sold | 10/19/11 | N | D | |
| 992. Long Beach NY municipal bds (x) | B | Interest | | | Buy | 05/11/11 | M | | |
| 993. | | | | | Sold | 11/09/11 | N | D | |
| 994. MA St Sch Bldg municipal bds (x) | | None | M | T | Buy | 10/31/11 | M | | |
| 995. Medina Cty OH municipal bds (x) | | None | N | T | Buy | 12/13/11 | N | | |
| 996. Oregon St municipal bds (x) | A | Interest | N | T | Buy | 10/28/11 | N | | |
| 997. Salt River Proj AZ municipal bds (x) | | None | M | T | Buy | 09/20/11 | M | | |
| 998. Suffolk Cty NY municipal bds (x) | | None | N | T | Buy | 10/25/11 | N | | |
| 999. Sutton, MA municipal bds (x) | D | Interest | N | T | Buy | 05/09/11 | N | | |
| 1000. Vanguard Developed Mkts Index-Inv (mutual fd) (X) | E | Dividend | O | T | Buy | 03/23/11 | O | | |
| 1001. Vanguard Dividend Appre-Inc (mutual fd) (x) | F | Dividend | N | T | Buy | 01/06/11 | P1 | | |
| 1002. | | | | | Buy (add'l) | 03/23/11 | P1 | | |
| 1003. | | | | | Distributed (part) | 03/28/11 | P1 | | See Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

---

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/11/2012 |

# VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1004. | | | | | Distributed (part) | 08/12/11 | P1 | | See Part VIII |
| 1005. Vanguard Energy Fd-Adm (mutual fd) (x) | F | Dividend | P1 | T | Buy | 06/30/11 | P1 | | |
| 1006. | | | | | Buy (add'l) | 12/16/11 | L | | |
| 1007. Artemis Real Est Partnrs Fd I LP (x) | | None | L | W | Buy | 07/20/11 | K | | |
| 1008. | | | | | Buy (add'l) | 12/12/11 | L | | |
| 1009. Merchants Gate Onshore Fd LP (priv equity) (x) | | None | P1 | U | Buy (add'l) | 07/29/11 | P1 | | |
| 1010. Properitas Real Est Partners III LP (private equity) (x) | D | Distribution | N | U | Buy | 05/20/11 | M | | |
| 1011. | | | | | Buy (add'l) | 07/01/11 | J | | |
| 1012. | | | | | Buy (add'l) | 08/18/11 | J | | |
| 1013. | | | | | Buy (add'l) | 09/08/11 | J | | |
| 1014. | | | | | Buy (add'l) | 10/20/11 | J | | |
| 1015. | | | | | Buy (add'l) | 11/21/11 | J | | |
| 1016. | | | | | Buy (add'l) | 12/16/11 | J | | |
| 1017. Properitas Real Est Partners IIIA LP (private equity) (x) | D | Distribution | N | U | Buy | 05/20/11 | M | | |
| 1018. | | | | | Buy (add'l) | 07/01/11 | J | | |
| 1019. | | | | | Buy (add'l) | 08/18/11 | J | | |
| 1020. | | | | | Buy (add'l) | 09/08/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1021. | | | | | Buy (add'l) | 10/20/11 | J | | |
| 1022. | | | | | Buy (add'l) | 11/21/11 | J | | |
| 1023. | | | | | Buy (add'l) | 12/16/11 | J | | |
| 1024. Properitas Real Est Partners IIIB LP (private equity) (x) | D | Distribution | N | U | Buy | 05/20/11 | M | | |
| 1025. | | | | | Buy (add'l) | 07/01/11 | J | | |
| 1026. | | | | | Buy (add'l) | 08/18/11 | J | | |
| 1027. | | | | | Buy (add'l) | 09/08/11 | J | | |
| 1028. | | | | | Buy (add'l) | 10/20/11 | J | | |
| 1029. | | | | | Buy (add'l) | 11/21/11 | J | | |
| 1030. | | | | | Buy (add'l) | 12/16/11 | J | | |
| 1031. PS Opportunities Onshore LP (priv equity) (x) | | None | P1 | U | Buy | 06/30/11 | P1 | | |
| 1032. Liveprocess Corp CV Note 6% due 8/2/17 (x) | | None | | | Buy | 06/16/11 | J | | |
| 1033. | | | | | Redeemed | 08/21/11 | J | | See Part VIII |
| 1034. Liveprocess Corp Ser B pfd (x) | | None | J | W | Spinoff (from line 1033) | 08/21/11 | J | | See Part VIII |
| 1035. Local Motors Inc CV Note 4% due 12/31/99 (x) | | None | L | W | Buy | 05/06/11 | L | | |
| 1036. USHI Incorporated ord shs (closely held stock) (x) | | None | J | W | Spinoff (from line 583) | 07/20/11 | J | | |
| 1037. UBS Bank USA deb account (cash equiv- IRA asset) (x) | A | Interest | L | T | Buy | 02/16/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**
Page 65 of 68

Name of Person Reporting

SARIS, PATTI B.

Date of Report

05/11/2012

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1038. Trust # 29 (x) | | | | | | | | | |
| 1039. - Vanguard Dividend Appre-Inv (mutual fd) (x) | E | Dividend | P1 | T | Open | 03/28/11 | P1 | | |
| 1040. | | | | | Sold (part) | 09/14/11 | P1 | | |
| 1041. | | | | | Buy (add'l) | 09/22/11 | J | | |
| 1042. | | | | | Buy (add'l) | 12/20/11 | J | | |
| 1043. - PIMCO Emerging Mkts Curr Instl (mutual fd) (x) | D | Dividend | O | T | Open | 03/28/11 | P1 | | |
| 1044. | | | | | Sold (part) | 07/26/11 | P1 | G | |
| 1045. - Plymouth Rock Co Inc OC Cl A com stock (closely held)(x) | F | Dividend | P1 | T | Open | 05/31/11 | P1 | | |
| 1046. - Merchants Gate Onshore Fund LP (priv equity) (x) | | None | P1 | U | Buy | 07/29/11 | P1 | | |
| 1047. - Federated Govt Obil Fd-1 money mkt (cash equiv) (x) | A | Dividend | | | Buy | 05/03/11 | J | | |
| 1048. | | | | | Buy (add'l) | 06/02/11 | J | | |
| 1049. | | | | | Buy (add'l) | 06/27/11 | J | | |
| 1050. | | | | | Buy (add'l) | 07/05/11 | J | | |
| 1051. | | | | | Buy (add'l) | 07/27/11 | P1 | | |
| 1052. | | | | | Buy (add'l) | 08/02/11 | J | | |
| 1053. | | | | | Sold (part) | 07/29/11 | P1 | | |
| 1054. | | | | | Sold | 09/13/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1055. - Federated US Treas Cash Rsv money mkt (x) | A | Dividend | P1 | T | Buy | 09/13/11 | J | | |
| 1056. | | | | | Buy (add'l) | 09/15/11 | P1 | | |
| 1057. | | | | | Buy (add'l) | 09/16/11 | K | | |
| 1058. Trust # 30 (x) | | | | | | | | | |
| 1059. - Vanguard Dividend Appre-Inv (mutual fd) (x) | D | Dividend | P1 | T | Open | 03/23/11 | P1 | | |
| 1060. - Ptolemy Finance LLC (private equity) (x) | | None | P1 | U | Buy | 08/12/11 | P1 | | See Part VIII |
| 1061. - Federated Govt Obli Fd-1 money market (cash equiv) (x) | | None | J | T | Buy | 09/26/11 | J | | |
| 1062. | | | | | Buy (add'l) | 12/22/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I. Postions -
A. Reference is made to Trust #3 and Trust #4 of which J. Saris is a co-trustee. All asssets have been separately reported on the FDR and properly disclosed.


Part VII. Investments and Trusts -
A. Items listed on calendar year 2010 Financial Disclosure Report (FDR) and excluded for calendar year 2011 do no meet the aggregate income, or aggregate value levels outlined in the Financial Disclosure Report Filing Instructions for Judicial Officers and Employees (said instructions referencing Sections 102(a)(3) and 102(a)(1)(B)).
B. 2011 FDR, Part VII, notations -

In Column D(1) Type: "Open" has been used when financial accounts were opened. "Open" has also been used as the "Type" for all in-kind security contributions.
In Column D(1) Type: "Closed" has been used when a separate financial account was closed.

Item #    7: Realty Assoc Fund IV Corp is no longer reportable and will be deleted from 2012 FDR.
Item #   67: PIMCO Developing Local Mkt Fd mutual fund changed its name on 8/16/2011 to PIMCO Emerging Mkt Currency Fd Instl
Item #   68: SPDR Gold Tr mutual fd (ETF) should have been reported as all sold on 12/30/2010. This entry will be deleted on 2012 FDR.
Item #   69: Trust # 8 terminated as of 12/31/2011. This entity and its assets will be deleted from 2012 FDR.
Item # 116: MFB Northern municipal money market daily detail activity was not available at filing. The net increase from buys and sells has been reported to correctly reflect the actual "gross value" (column C(1)) as of 12/31/11.
Item # 152: A portion of Plymouth Rock Co Inc CO Cl A shares were distributed to the new Trust # 29, item 1045.
Item # 155: Buenos Aires Residential Co II LLC received final redemption proceeds in 2011 and therefore has no value as of 12/31/11. There was no gain realized.
Item # 159: WMD LP as of 12/31/2011 was reported as having no value. The asset will be removed from the 2012 FDR.
Item # 514: See Item 67 explanation above re name change.
Item # 514: PIMCO Emerging Mkt Curr Fd shares where distributed to new Trust # 29, item 1043.
Item # 583: Meta4 made an in-kind distribution of USHI closely held stock which has been reported as item 1036.
Item # 713: NY St municipal bonds should have been reported as all sold on 6/23/2010. This entry will be deleted on 2012 FDR.
Item # 715: See Item 67 explanation above re name change.
Item # 934: MFB Northern municipal money market daily detail activity was not available at filing. The asset value as of 12/31/11 held in MECM Investments LLC has been reported in Columns D(3).
Item #1003: Distribution of shares to new Trust #29, item 1039.
Item #1004: Distribution of shares to new Trust # 30, item 1059.
Item #1033: New asset Liveprocess note was converted to Liveprocess Series B Pfd stock - see Part VII, item 1034.
Item #1034: New asset Liveprocess Ser B Pfd stock was the result on the conversion of Liveprocess Note, Part VII, item 1033
Item #1061: Ptolemy Finance LLC, an asset of new Trust # 30 was purchased with univested & non-reportable cash held in Trust #30.

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/11/2012 |

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ PATTI B. SARIS**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544